UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

C.S. et al,

                  Plaintiff(s)

               -against-

CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,
                  Defendant(s).

---------------------------------------------------------------X

                        25 civ 8438 (JGK)

## ORDER

The conference scheduled for Tuesday, February 10, 2026, at 3:30pm, is canceled.

**SO ORDERED.**

                                    **JOHN G. KOELTL**
                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      February 4, 2026